# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY, | : | Civil No. 3:15-CV-01698 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| JOHN E. WETZEL, *et al.*, | : | |
| Defendants. | : | Magistrate Judge Karoline Mehalchick |

## ORDER

**AND NOW**, on this 22nd day of September, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. United States Magistrate Judge Karoline Mehalchick's report and recommendation (Doc. 180) is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's objections to the report and recommendation (Docs. 183–84) are **OVERRULED**.

3. Defendants' motions for summary judgment (Docs. 167–68) are **GRANTED** with respect to Defendants' federal claims, and those claims are **DISMISSED WITH PREJUDICE**.

4. The court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. Plaintiff's state law claims are accordingly **DISMISSED WITHOUT PREJUDICE**.

5. The Clerk of Court is directed to enter judgment in favor of the Defendants and close this case.

                                               s/Jennifer P. Wilson
                                               JENNIFER P. WILSON
                                               United States District Court Judge
                                               Middle District of Pennsylvania